WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company as Trustee for New Century Home Equity Loan Trust, Series 2005-D, Asset Backed Pass-Through Certificates*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-D, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br>vs.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01706-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 9]**<br><br>**[First Request]** |

COMES NOW Plaintiff Deutsche Bank National Trust Company as Trustee for New Century Home Equity Loan Trust, Series 2005-D, Asset Backed Pass-Through Certificates ("Deutsche Bank") and Defendant Westcor Land Title Insurance Company ("Westcor") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. On August 21, 2020, Deutsche Bank filed its Complaint in Eighth Judicial District Court, Case No. A-20-819973-C [ECF No. 1-2];

2. On September 15, 2020, Westcor filed a Petition for Removal to this Court [ECF No. 1];

3. On September 22, 2020, Westcor filed a Motion to Dismiss [ECF No. 9];

4. Deutsche Bank's deadline to respond to Westcor's Motion to Dismiss is currently October 6, 2020;

5. Deutsche Bank's counsel is requesting an extension until Tuesday, October 20, 2020, to file its response;

6. This extension is requested to allow counsel for Deutsche Bank additional time to review and respond to the points and authorities cited to in the pending Motion. Additionally, the Parties are currently considering whether a stipulation to stay the litigation is warranted pending the outcome of the Motion;

7. Counsel for Westcor does not oppose the requested extension;

///

///

///

///

///

///

///

///

8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 5th day of October, 2020. | DATED this 5th day of October, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | MAURICE WOOD |
| */s/ Lindsay D. Robbins* <br> Darren T. Brenner, Esq. <br> Nevada Bar No. 8386 <br> Lindsay D. Robbins, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, Deutsche Bank National Trust Company as Trustee for New Century Home Equity Loan Trust, Series 2005-D, Asset Backed Pass-Through Certificates* | */s/ Brittany Wood* <br> Aaron R. Maurice, Esq. <br> Nevada Bar No. 6412 <br> Brittany Wood, Esq. <br> Nevada Bar No. 7562 <br> Elizabeth E. Aronson, Esq. <br> Nevada Bar No. 14472 <br> 9525 Hillwood Drive, Suite 140 <br> Las Vegas, Nevada 89134 <br> *Attorneys for Defendant, Westcor Land Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this __6th__ day of __October__, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE