# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-D, ASSET BACKED PASS-THROUGH CERTIFICATES, <br><br> Plaintiff, <br><br> vs. <br><br> WESTCOR LAND TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendant. | 2:20-cv-01706-APG-VCF <br><br> **<u>ORDER</u>** |

Before the Court is the Stipulation and Order to Extend Time Period to Respond to Motion to Dismiss and Motion to Stay Discovery (ECF No. 18).

Judge Gordon has extended the time for Plaintiff to file an opposition to the motion to dismiss in ECF NO. 20.

In the stipulation (ECF No. 18), the parties also request an extension for Deutsche Bank to respond to the Motion to Stay Discovery.

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Motion to Stay Discovery (ECF NO. 15) must be filed on or before November 2, 2020.

DATED this 26th day of October, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE