Aaron R. Maurice, Esq.
Nevada Bar No. 6412
Brittany Wood, Esq.
Nevada Bar No. 7562
Elizabeth E. Aronson, Esq.
Nevada Bar No. 14472
**Maurice Wood**
9525 Hillwood Drive, Suite 140
Las Vegas, Nevada 89134
Telephone: (702) 463-7616
Facsimile: (702) 463-6224
E-Mail: amaurice@mauricewood.com
bwood@mauricewood.com
earonson@mauricewood.com

Attorneys for Defendant,
WESTCOR LAND TITLE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-D, ASSET BACKED PASSTHROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-01706-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO OPPOSITION TO MOTION TO DISMISS [ECF 23] AND COUNTERMOTION FOR SUMMARY JUDGMENT [ECF 24] AND TO EXTEND PAGE LIMIT FOR REPLY**<br><br>**[First Request]** |

COME NOW Plaintiff, Deutsche Bank National Trust Company as Trustee for New Century Home Equity Loan Trust, Series 2005-D, Asset Backed Pass-Through Certificates ("Deutsche Bank"), and Defendant, Westcor Land Title Insurance Company ("Westcor") (collectively, the "Parties"), by and through their respective attorneys of record, and hereby stipulate and agree as follows:

1. On August 21, 2020, Deutsche Bank filed its Complaint in Eighth Judicial District Court, Case No. A-20-819973-C [ECF No. 1-2].

2. On September 15, 2020, Westcor filed a Petition for Removal to this Court [ECF No. 1].

3. On September 22, 2020, Westcor filed a Motion to Dismiss [ECF No. 9].

4. On October 26, 2020, Deutsche Bank filed its response to Westcor's Motion to Dismiss, entitled Opposition to Motion to Dismiss and Countermotion for Summary Judgment [ECF Nos. 23 and 24].

5. Because Deutsche Bank's response to Westcor's Motion to Dismiss included a Countermotion for Summary Judgment, the deadline for Westcor to file its Reply to Deutsche Bank's Opposition [ECF No. 23] is earlier than its deadline to file its Response to Deutsche Bank's Countermotion for Summary Judgment [ECF No. 24].

6. In accordance with FRCP 1, Westcor intends to file a single memorandum of points and authorities (filed twice to comply with local rules), to respond to ECF No. 23 and ECF No. 24.

7. The timing of Deutsche Bank's filing of the Response created a scheduling conflict for Westcor's counsel due to Westcor's counsels' prior commitment to volunteer the week of October 27, 2020.

8. The parties have discussed extending the deadline for Westcor to file its Reply and Response, extending the deadline to file its Reply by three weeks and extending the deadline to file its Response by one week, such that the deadline for both filings would be extended to November 23, 2020.

9. The parties further stipulated that the thirty (30) page limit imposed for responses to motions for summary judgment will apply to Westcor's combined points and authorities.

10. These extensions are requested to allow counsel for Westcor additional time to review and respond to the points and authorities filed by Deutsche Bank while still allowing Westcor's counsel to comply with its previously planned volunteer commitments.

1. Counsel for Deutsche Bank does not oppose the requested extension.

2. This is the first request for an extension which is brough in good faith and not for purposes of delay.

DATED this 30th day of October, 2020.                    DATED this 30th day of October, 2020.

**MAURICE WOOD**                                         **WRIGHT, FINLAY & ZAK, LLP**

By: /s/ Brittany Wood                                    By: /s/ Darren T. Brenner
  AARON R. MAURICE, ESQ.                                   DARREN T. BRENNER, ESQ.
  Nevada Bar No. 006412                                    Nevada Bar No. 8386
  BRITTANY WOOD, ESQ.                                      LINDSAY D. ROBBINS, ESQ.
  Nevada Bar No. 007562                                    Nevada Bar No. 13474
  ELIZABETH E. ARONSON, ESQ.                               7785 W. Sahara Ave, Suite 200
  Nevada Bar No. 014472                                    Las Vegas, Nevada 89117
  9525 Hillwood Drive, Suite 140
  Las Vegas, Nevada 89134                                *Attorneys for Plaintiff*
  *Attorneys for Defendant*

DATED: November 2, 2020                                  IT IS SO ORDERED.

                                                         _____
                                                         UNITED STATES DISTRICT COURT JUDGE

(1003-1)                                          Page 3 of 3