**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-D, ASSET BACKED PASSTHROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br>WESTCOR LAND TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | 2:20-cv-01706-APG-VCF<br>**ORDER** |

Before the court are the Motion to Stay Discovery (ECF No. 15) and the Stipulated Discovery Plan and Scheduling Order (ECF No. 16).

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing on the Motion to Stay Discovery (ECF No. 15) and the Stipulated Discovery Plan and Scheduling Order (ECF No. 16), is scheduled for 1:00 PM, November 30, 2020, in Courtroom 3D.

IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, November 23, 2020.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

• Log on to the call ten (10) minutes prior to the hearing time.

1     • Mute your sound prior to entering the hearing.

2     • Do not talk over one another.

3     • State your name prior to speaking for the record.

4     • Do not have others in the video screen or moving in the background.

5     • No recording of the hearing.

6     • No forwarding of any video conference invitations.

7     • Unauthorized users on the video conference will be removed.

8

9     DATED this 10th day of November, 2020.

10                                    CAM FERENBACH

11                                    UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25