UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>　　Plaintiff<br><br>v.<br><br>WESTCOR LAND TITLE INSURANCE CO.<br><br>　　Defendant | Case No.: 2:20-cv-01706-APG-VCF<br><br>**Order** |

　　This is one of many lawsuits in this court between lenders and title insurers in which the parties dispute whether the title insurers properly denied coverage for claims related to homeowners association liens. Many of those cases are stayed, either by stipulation of the parties or by order of the court, to await a ruling from the Ninth Circuit in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMDWGC) (*Wells Fargo II*). In this case, only discovery is stayed. ECF No. 37. There are pending motions to dismiss and for summary judgment that raise the same issues presently under consideration in *Wells Fargo II*. ECF Nos. 9, 24.

　　I therefore order the parties to confer about whether I should deny the pending motions at ECF Nos. 9 and 24 without prejudice to refile after the Ninth Circuit rules on *Wells Fargo II*. If the parties agree on that, they may file a stipulation to that effect. If they do not agree, then whoever opposes shall show cause why I should not take that course of action.

　　I THEREFORE ORDER that by May 20, 2021, the parties shall either (1) file a stipulation for denial of ECF Nos. 9 and 24 without prejudice to refile after the Ninth Circuit

rules on *Wells Fargo II*, or (2) show cause why I should not deny ECF Nos. 9 and 24 without prejudice to refile after the Ninth Circuit rules on *Wells Fargo II*.

DATED this 22nd day of April, 2020.

                                        ANDREW P. GORDON
                                      UNITED STATES DISTRICT JUDGE