# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-D, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,,<br><br>Defendants. | 2:20-cv-01706-APG-VCF<br><br>**ORDER** |

Before the Court is *Deutsche Bank National Trust Company v. Westcor Land Title Insurance Company*, case number 2:20-cv-1706-APG-VCF.

Accordingly,

IT IS HEREBY ORDERED that the video conference hearing scheduled for 10:00 AM, June 21, 2021, is VACATED.

DATED this 16th day of June, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE