# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-D, ASSET BACKED PASSTHROUGH CERTIFICATES, | 2:20-cv-01706-APG-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| WESTCOR LAND TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive, | |
| Defendant. | |

Before the Court are Plaintiff's Motion to Compel (ECF No. 47) and Motion for Attorney Fees and Costs (ECF No. 48).

Westcor filed a Motion to Stay Case Pending the Ninth Circuit Court of Appeals' Decision in Wells Fargo vs. Fidelity (ECF No. 58).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Compel (ECF No. 47) and Motion for Attorney Fees and Costs (ECF No. 48) are DENIED without prejudice. If the court does not enter a stay of all proceedings, Plaintiff may refile its motions.

DATED this 23rd day of June, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE