## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, <br><br> Plaintiff <br><br> v. <br><br> WESTCOR LAND TITLE INSURANCE CO. <br><br>  Defendant | Case No.: 2:20-cv-01706-APG-VCF <br><br> **Order Lifting Stay** <br><br> [ECF No. 70] |

The plaintiff's motion to lift stay (ECF No. 70) is granted.  The parties shall confer and submit a new proposed Discovery Plan and Scheduling Order by February 4, 2022.

DATED this 5th day of January, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE